UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
KERIAM BEAUFORD,

            Plaintiff,

   - against -

NASSAU COUNTY POLICE DEPARTMENT;
DETECTIVE PATRICK J. CARROLL; and
DSGT KENNETH J. SCHMITT,

            Defendants.
----------------------------------------------------------------X

**ORDER ADOPTING REPORT
AND RECOMMENDATION**
17-CV-1727 (RRM) (AYS)

ROSLYNN R. MAUSKOPF, United States District Judge.

Plaintiff Keriam Beauford, proceeding *pro se*, commenced this action on March 20, 2017, pursuant to 42 U.S.C. § 1983, alleging that the Nassau County Police Department and Detectives Patrick J. Carroll and Kenneth J. Schmitt had violated his civil rights. (Compl. (Doc. No. 1).) The case was referred to the Honorable Magistrate Judge Anne Y. Shields for pre-trial management. Beauford repeatedly failed to comply with Magistrate Judge Shields's orders and has not been in contact with the Court or defendants since December 14, 2017. (*See* Doc. Nos. 22; 26; 28.) On August 19, 2019, Magistrate Judge Shields issued *sua sponte* a Report and Recommendation ("R&R") recommending that Beauford's case be dismissed for failure to prosecute. (R&R (Doc. No. 28).) In that R&R, Magistrate Judge Shields expressly advised the parties that, pursuant to 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72, any objection to the R&R had to be filed within fourteen (14) days.[1] More than fourteen days have passed and no party has filed an objection.

---

[1] Defendants filed a certificate of service confirming that the R&R was served upon Beauford via United States Postal Service first-class overnight express mail on August 20, 2019. (Doc. No. 29.) The address used for service, 245 Fountain Avenue, Brooklyn, New York 11208, is the address Beauford most recently provided as his current address. He disclosed this address on the record during a December 14, 2017, status conference with Magistrate Judge Shields and defendants. (Doc. No. 23 at 5.) The status conference was Beauford's last contact with the Court or defendants in this case.

Pursuant to 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72, the Court has reviewed the R&R for clear error and, finding none, adopts the R&R in its entirety. *See Covey v. Simonton*, 481 F. Supp. 2d 224, 226 (E.D.N.Y. 2007). Accordingly, it is

ORDERED that Beauford's action is dismissed for failure to prosecute. The Clerk of Court is respectfully directed to enter judgment in favor of defendants in this case, to mail a copy of this Order and the attached judgment to the *pro se* plaintiff at 245 Fountain Avenue, Brooklyn, New York 11208, to note the mailing on the docket, and to close this case.

SO ORDERED.

Dated: Brooklyn, New York
     Dec 3 2019

s/Roslynn R. Mauskopf

ROSLYNN R. MAUSKOPF
United States District Judge